**Order entered February 21, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01064-CV

**LETERRENCE T. JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-1800435-V**

## ORDER

Before the Court is appellant's February 20, 2019 motion for extension of time to file a

brief. We **GRANT** the motion and extend the time to **March 22, 2019**.

/s/    ERIN A. NOWELL
        JUSTICE